# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY J. CATERBONE,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-5683** |
| : | |
| **LANCASTER CITY POLICE** : | |
| **DEPARTMENT,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 19th day of January, 2022, upon consideration of Plaintiff Stanley J. Caterbone's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Motion for Preliminary Emergency Injunction (ECF No. 3); Motion for Summary Judgment (ECF No. 10), and *pro se* Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint and Amended Complaint are **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Motions for Preliminary Emergency Injunction and Summary Judgment are **DENIED**.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**